1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United African-Asian Abilities Club, et al., | Case No. CV 19-00154-AB (AFMx) |
| Plaintiffs, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| MATSU, LLC, et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 5, 2019

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE